## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHELLE MELLEMA, | ) | 3:08-CV-282-BES (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 14, 2009 |
| | ) | |
| STATE OF NEVADA, DIVISION OF CHILD AND FAMILY SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Discovery and Scheduling (Doc. #26) and Defendant has responded to the Motion (Doc. #27).

Plaintiff's Motion for Discovery and Scheduling (Doc. #26) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
        Deputy Clerk