AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*　　　DISTRICT OF　NEVADA

MICHELLE MELLEMA,

　　　　Plaintiff,　　　　　　JUDGMENT IN A CIVIL CASE
　V.
　　　　　　　　　　　　　　CASE NUMBER: **3:08-CV-00282-BES-RAM**

STATE OF NEVADA, DIVISION
OF CHILD AND FAMILY SERVICES,

　　　　Defendants.

___　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___　**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_　**Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that DCFS's Motion to Dismiss (#13) is GRANTED.


　February 10, 2009　　　　　　　　　　　　　**LANCE S. WILSON**
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　　　/s/ P. McDonald
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk